# EXHIBIT 2



**PRIMERA MARITIME (HELLAS) LTD**     TEL.6207220
                                       TLX.210741
Roupel 6, Kifissia 14564(17th km National Road), Athens, Greece     FAX.6202820

TO :    INDUSTRIAL CARRIERS INC.,MARSHALL ISLANDS

DEBIT NOTE No:    3586                    DATE:    01/10/08

VESSEL/COMPANY        INDUSTRIAL CARRIERS INC.,MARSHALL ISLANDS

| Item | Amount | Notes |
|---|---|---|
| IFCHOR - FFA TRADE FILE REF 8.702.6.RaCi.TC/Ifchor - 02/07/08 | $904,898.52 | |
| TOTAL | $904,898.52 | |

Please remit to:    HSBC BANK PLC, PIRAEUS, GREECE
                    IBAN: GR29 071 0001 0000 001 008374 071
                    ACCOUNT No.          001 008374 071
                    BIC: MIDL GR AA
                    FAVOUR: JPC INVESTMENTS S.A.
                    RE: PRIMERA TRADE