# EXHIBIT 3



1852

Registered Office : P.O. Box 1405, Majuro, Marshall Islands, MH 96960

## VOYAGE STATEMENT OF ACCOUNTS

19th of December, 2007

| | |
|---|---|
| Charterers | DYNACOAL LIMITED |
| Vessel | PIONEER SKY |
| C/P dated | 10.10.2007 |
| Cargo | DATONG SIZED STEAM COAL |
| Total Loaded Quantity | 74 076,000   MTs |
| Ports of loading | QINHUANGDAO + JINGTANG PORT, CHINA |
| Ports of discharge | NEMRUT BAY + DILISKELESI, TURKEY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ocean freight | 74 076,000 | mts @ USD | 60,40 per mt | = USD | 4 474 190,40 |
| Deadfreight | 1 200,000 | mts @ USD | 60,40 per mt | = USD | 72 480,00 |
| Total | | | | = USD | 4 546 670,40 |
| Less remitted by Charterers | | | | = USD | (4 099 930,00) |
| Less remitted by Charterers | | | | = USD | (150 445,88) |
| Less remitted by Charterers | | | | = USD | (223 674,52) |
| Less remitted by Charterers | | | | = USD | (118 794,58) |
| Plus demurrage at Loadports | | | | = USD | 118 829,58 |
| Plus demurrage at Dischports | | | | = USD | 255 514,58 |
| Plus 50 pct of cost for draft surveys at Load & Dischports | | | | = USD | 1 600,00 |
| Total due to Owners | | | | | 329 769,58 |

Please remit USD    329 769,58    to following bank account:

HSBC BANK PLC
93, AKTI MIAOULI STR., PIRAEUS BRANCH, GREECE
SWIFT NUMBER: MIDLGRAA
IBAN NUMBER:  GR67 0710 0010 0000 0106 6687 071
IN FAVOR OF: WEAVER INVESTMENTS INC
ACC. NO.: 001.066687.071
CORR BANK: HSBC BANK USA
 SWIFT: MRMDUS33,
 ACC. 000047791 OF HSBC BANK PIRAEUS GREECE

WITH REFERENCE: M/V PIONEER SKY / DYNACOAL VSOA



*Registered Office:* P.O. Box 1405, Majuro, Marshall Islands, MH, 96960

# VOYAGE STATEMENT OF ACCOUNTS

27th of February, 2008

| | |
|---|---|
| Charterers | DYNACOAL |
| m/v | FOUR EARTH |
| C/P dated | 10.12.2007 |
| Cargo | COAL IN BULK |
| Quantity | 69 370,000 mts |
| Port of loading | JINGTANG |
| Port of discharge | DILISKELESI, TURKEY |

| | | | | |
|---|---|---|---|---|
| Ocean freight | 69 370,000 mts @ USD | 50,00 per mt | = USD | 3 468 500,00 |
| Total | 69 370,000 mts @ USD | 50,00 per mt | = USD | 3 468 500,00 |
| Less remitted by Charterers on 22.01.08 | | | USD | (1 999 965,00) |
| Less remitted by Charterers on 29.01.08 | | | USD | (1 295 040,00) |
| Less dispatch at Load Port | | | USD | (8 948,33) |
| Plus expences due to call Singapore due to cargo heating | | | USD | 172 029,90 |
| Plus demmurage at Disch ports | | | USD | 45 030,00 |
| Plus costs for draft surveys, 50% | | | USD | 900,00 |
| Total due to Owners | | | USD | 382506,57 |

Please remit  USD  382 506,57  to following bank account:

HSBC BANK PLC
93, AKTI MIAOULI STR., PIRAEUS BRANCH, GREECE
SWIFT NUMBER: MIDLGRAA
IBAN NUMBER: GR67 0710 0010 0000 0106 6687 071
IN FAVOUR OF: WEAVER INVESTMENTS INC
ACC. NO.: 001.066687.071
CORR BANK: HSBC BANK USA
    SWIFT: MRMDUS33,
        ACC. 000047791 OF HSBC BANK PIRAEUS GREECE

WITH REFERENCE: M/V FOUR EARTH / DYNACOAL