# EXHIBIT 4

**ALPHA BANK**

ΚΑΤ/ΜΑ ΝΑΥΤΙΛΙΑΚΩΝ ΕΡΓΑΣΙΩΝ (0960)

ΕΙΔΟΠΟΙΗΤΗΡΙΟ ΣΥΝΑΛΛΑΓΗΣ

ΠΙΣΤΩΣΑΜΕ ΤΟΝ ΛΟΓΑΡΙΑΣΜΟ ΣΑΣ

| | | | | | |
|---|---|---|---|---|---|
| Ημ/νία | 18/03/2008 | | CARYSTOS HOLDING INC. | | |
| Ενδειξή σας | | | C/O MARMARAS NAVIGATION LTD | | |
| Ενδειξή μας | 960/91902 ΕΙΣΕΡΧ. ΕΜΒΑΣΜ/ | | ΦΙΛΕΛΛΗΝΩΝ 4-6 | | |
| | 20080318949012Ξ995 | | ΠΕΙΡΑΙΑ ΤΚ 18536 | | |
| | | | Hold Mail | | |
| Λογ/σμός | 960015006002012 | Αξία | 18/03/2008 | USD | 574.959,47 |
| Ποσό Εμβάσματος | USD | 574.959,47 | 1,0000000 | USD | 574.959,47 |
| Προμήθεια | | 0,00 | | USD | 0,00 |
| Εξοδα | | 0,00 | | USD | 0,00 |
| Εξοδα Telex Advice | | 0,00 | | USD | 0,00 |
| Σύνολο | | 0,00 | 0,0000000 | USD | 574.959,47 |

Στοιχεία Εντολής

Ληφθέν με    Swift
Απο
MRMDUS33XXX
HSBC BANK USA, N.A.
NEW YORK                    IN 960/91902
452, FIFTH AVENUE

AM 3249

Νόμισμα,Ποσό            USD        574.959,47
Αρχική Εντολοδότρια             Διατραπεζικές Πληροφορίες
MIDLGRAAXXX

Εντολέας                         Αιτιολογία Πληρωμής
GR MDBK 001-065887-071           HIRE MV EFESSOS
1/SELENE SHIPMANAGEMENT SA
2/C/O PAGONA KARAGIORGI
2/12 TAXIARCHON STR
2/17563 PALEO FALIRO    PC:17563

Το έντυπο δεν χρειάζεται υπογραφή

## ALPHA BANK

ΚΑΤ/ΜΑ ΝΑΥΤΙΛΙΑΚΩΝ ΕΡΓΑΣΙΩΝ (0960)

ΕΙΔΟΠΟΙΗΤΗΡΙΟ ΣΥΝΑΛΛΑΓΗΣ

ΠΙΣΤΩΣΑΜΕ ΤΟΝ ΛΟΓΑΡΙΑΣΜΟ ΣΑΣ

| | | | | |
|---|---|---|---|---|
| Ημ/νία | 05/02/2008 | | CARYSTOS HOLDING INC. | |
| Ενδειξή σας | | | C/O MARMARAS NAVIGATION LTD | |
| Ενδειξή μας | 960/90502 ΕΙΣΕΡΧ. ΕΜΒΑΣΜΑ | | ΦΙΛΕΛΛΗΝΩΝ 4-6 | |
| | 20080205949013Ξ481 | | ΠΕΙΡΑΙΑ ΤΚ 18536 | |
| | | | Hold Mail | |
| Λογ/σμός | 9600150060020012 | Αξία | 05/02/2008 USD | 607.025,00 |
| Ποσό Εμβάσματος | USD | 607.025,00 | 1,0000000 USD | 607.025,00 |
| Προμήθεια | | 0,00 | USD | 0,00 |
| Έξοδα | | 0,00 | USD | 0,00 |
| Έξοδα Telex Advice | | 0,00 | USD | 0,00 |
| Σύνολο | | 0,00 | 0,0000000 USD | 607.025,00 |

Στοιχεία Εντολής

Ληφθέν με    Swift

Απο
MRMDUS33XXX
HSBC BANK USA, N.A.
NEW YORK
452, FIFTH AVENUE

IN 960/90502          AM 2035

Νόμισμα,Ποσό             USD         607.025,00
Αρχική Εντολοδότρια            Διατραπεζικές Πληροφορίες
MIDLGRAAXXX

Εντολέας                                     Αιτιολογία Πληρωμής
GR MDBK 001-067610-071                       HIRE M/V EFESSOS
1/AUSTER MARINE CO
2/C/O PAGONA KARAGIORGI
2/12 TAXIARCHON STR
2/17563 PALEO FALIRO    PC:17563

Το έντυπο δεν χρειάζεται υπογραφή