```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Primera Maritime (Hellas) LTD,

                Plaintiff,

  -against-

Industrial Carriers Inc., a/k/a, ICI, et al.,

                Defendants.
------------------------------------------------------------X

08 Civ. 8660 (PAC)
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since October 9, 2008, and there having been no activity in this case since April 15, 2009, it is,

ORDERED, that the above-entitled action is and hereby is DISMISSED, subject to reopening upon written communication from either party. Please visit my Individual Practices with respect to communications with chambers, specifically Rule 1A. The Clerk of Court is directed to close out this case.

Dated:  New York, New York
         September 30, 2009

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1